

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

CESAR SANTOS-GARCIA,     §     No. 08-13-00324-CR

    Appellant,     §     Appeal from the

v.     §     120th District Court

THE STATE OF TEXAS,     §     of El Paso County, Texas

    State.     §     (TC# 20120D04146)

§

**O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **September 4, 2014**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, the State's attorney, prepare the State's brief and forward the same to this Court on or before September 4, 2014.

IT IS SO ORDERED this 23rd day of July, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.